UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID WEINTRAUB, for himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ASTRAL ENERGY LLC,<br><br>Defendant. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>Index 2:17-cv-07840 (KM)(SCM) |

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A), whereas Defendant has not served an answer or motion for summary judgment, Plaintiff hereby DISMISSES THIS ACTION WITHOUT PREJUDICE and with no award of costs.

Dated: May 10, 2018
New York, New York

POSNER LAW PLLC

/s/*Gabriel Posner*
N.J. Bar number 137312015
270 Madison Avenue, Suite 1203
New York, New York 10016
Phone: (646) 546-5022
Email: gabe@PosnerLawPLLC.com
*Counsel for Plaintiff*

SO ORDERED

Kevin McNulty, U.S.D.J.

Date: 5/11/18